IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-639-D

JACOB FINLEY,  )
              )
     Plaintiff,  )
              )
  v.          )           **ORDER**
              )
UBER TECHNOLOGIES, LLC,  )
              )
     Defendant.  )

For the reasons stated in defendant's memorandum of law [D.E. 10], supporting declaration [D.E. 11], and reply memorandum [D.E. 17], the court GRANTS defendant's motion to compel arbitration [D.E. 9]. Plaintiff SHALL submit his claims to binding arbitration as he agreed to do so. The court STAYS the civil action pending the outcome of arbitration. See Smith v. Spizzirri, 601 U.S. 472, 478 (2024).

SO ORDERED. This _6_ day of June, 2025.

                                                JAMES C. DEVER III
                                                United States District Judge